Prob 12C
(6/13)

# UNITED STATES DISTRICT COURT
for the District of Maine
## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Jennica Miller  **Case Number:** 0100 2:13CR00114

**Sentencing Judicial Officer:** Honorable Nancy Torresen, Chief U.S. District Judge

**Date of Original Sentence:** April 29, 2014

**Original Offense:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2

**Original Sentence:** 15 Months Imprisonment; 36 Months Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** June 05, 2015

**Assistant U.S. Attorney:**  **Defense Attorney:**
Darcie McElwee  Molly Butler Bailey

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | **Special Condition No. 5:** Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay/co-pay for services for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests.<br><br>On July 2, 2015 and July 8, 2015, the defendant produced a sample for a urinalysis at Belfast Re-Entry Center that was deemed invalid due to it |

|  | being inconsistent with a natural human sample.<br><br>On September 2, 2015, the defendant admitted to U.S. Probation Officer Antonia delaRosa, that she used opiates on August 24, 2015.<br><br>On September 14, 2015, the defendant admitted to U.S. Probation Officer Antonia delaRosa, that she used opiates on both September 12th and September 13th.<br><br>On September 17, 2015, the defendant submitted a dilute urine sample for a urinalysis test which was administered by U.S. Probation Officer Antonia delaRosa during a home contact.<br><br>On September 24, 2015, the defendant admitted to U.S. Probation Officer Antonia delaRosa that she injected heroin on both September 22nd and 23rd. The defendant further admitted that she used marijuana on both of the aforementioned dates.<br><br>On September 28, 2015, the defendant admitted to U.S. Probation Officer Antonia delaRosa that she injected heroin on both September 25th and 26th. The defendant further admitted that she used Percocet and Ritalin on multiple occasions, neither of which were prescribed to her. Additionally, the defendant admitted that she smoked marijuana on September 26th. |
|---|---|

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

                  I declare under penalty of perjury the foregoing is true and correct.
                  Executed on:         September 28, 2015

                    Respectfully Submitted,
                    KAREN-LEE MOODY
                    Chief U.S. Probation Officer

                By *Antonia C. delaRosa* (signature)
                    Antonia C delaRosa
                    U.S Probation Officer

Reviewed:

Scott Hastings
Supervisory U.S. Probation Officer
9/28/2015

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name:**   Jennica Miller

**Y/O/B**:        1991

**Offense(s) of Conviction and Classification:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2, Class C Felony

**Original Sentence**: 15 Months Imprisonment; 36 Months Supervised Release

**Date Imposed**: April 29, 2014

**Available Penalties for Current Violation (with statutory reference**);
Up to 2 years incarceration, 18 U.S.C. § 3583(e)(3)

**Additional Period of Release:** 3 Years Supervised Release, 18 U.S.C. § 3583(h)

Supervising U.S Probation Officer  
Antonia C delaRosa