Prob 12C
(6/13)

# UNITED STATES DISTRICT COURT
for the District of Maine
## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Jennica Miller    **Case Number:** 0100 2:13CR00114

**Sentencing Judicial Officer:** Honorable Nancy Torresen, Chief U.S. District Judge

**Date of Original Sentence:** April 29, 2014

**Original Offense:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2

**Original Sentence:** 15 Months Imprisonment; 36 Months Supervised Release

**1st Revocation:** 36 Days Imprisonment; 36 Months Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** November 3, 2015

**Assistant U.S. Attorney:**              **Defense Attorney:**
James Chapman                              Mike Whipple

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | **Special Condition No. 5:** Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay/co-pay for services for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests. |

|  | |
|---|---|
|  | On December 22, 2015, the defendant admitted to Northern Maine Regional Reentry Center (NMRRC) Director, Marjorie Earl, that she had been using heroin and Suboxone approximately "every other day for the last week and a half," as well as marijuana. |
| Two | **Special Condition No. 7:** **Defendant shall reside in community confinement for a period of up to 180 days, to begin as soon as practicable following release, and shall observe the rules of that facility and of the supervising officer.** <br><br> On December 22, 2015, the defendant admitted to the aforementioned drug use, which is a violation of program rules. The defendant was terminated from the NMRRC on this date. <br><br> On the same date, the following items were confiscated from the defendant's room at NMRRC: a spoon with a burn mark on the bottom, a hypodermic needle, aluminum foil, a bottle with aluminum foil cover, a lighter and cigarettes. All of these items are prohibited, per program rules. |

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct.
Executed on:   December 22, 2015

Respectfully Submitted,
KAREN-LEE MOODY
Chief U.S. Probation Officer

By  *Antonia C. delaRosa*
Antonia C delaRosa
U.S Probation Officer

Prob 12C
(6/13)

Petition for Warrant or Summons
for Offender Under Supervision

Reviewed:

Michael Penders
Supervisory U.S. Probation Officer
12/22/2015

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name:**  Jennica Miller

**Y/O/B**:      1991

**Offense(s) of Conviction and Classification:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2, Class C Felony

**Original Sentence**: 15 Months Imprisonment; 36 Months Supervised Release

**Date Imposed**: April 29, 2014

**1st Revocation Sentence:** 36 Days Imprisonment; 36 Months Supervised Release

**Date Imposed:** October 30, 2015

**Available Penalties for Current Violation (with statutory reference)**;
Up to 2 years incarceration, 18 U.S.C. § 3583(e)(3)

**Additional Period of Release:** 34 months and 24 days Supervised Release, less any term of imprisonment previously imposed in this case, 18 U.S.C. § 3583(h)

Supervising U.S Probation Officer  
Antonia C delaRosa