Prob 12C
(6/13)

# UNITED STATES DISTRICT COURT
for the District of Maine

## Petition for Warrant or Summons for Offender under Supervision

---

**Name of Offender:** Jennica Miller        **Case Number**: 0100 2:13CR00114

**Sentencing Judicial Officer**: Honorable Nancy Torresen, Chief U.S. District Judge

**Date of Original Sentence**: April 29, 2014

**Original Offense:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2

**Original Sentence:** 15 Months Imprisonment; 36 Months Supervised Release

**1st Revocation:** 36 Days Imprisonment; 36 Months Supervised Release

**2nd Revocation:** 21 Days Imprisonment; 30 Months Supervised Release

**Type of Supervision**: Supervised Release

**Date Supervision Commenced:** February 25, 2016

| **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|
| Michael Conley | Michael Whipple |

---

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| One | **Violation of Special Condition No. 5:** Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. This shall include testing to determine if Defendant has used drugs or intoxicants. Defendant shall submit to one test within 15 days of release from prison and at least two, but not more than 120, tests per calendar year thereafter, as directed by the supervising officer. Defendant shall pay/co-pay for |

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

|  | **services for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests.**<br><br>On **August 12, 2016**, the defendant submitted to a drug test, which was positive for Gabapentin.  She subsequently admitted to illicit and ongoing use of Gabapentin.<br><br>On **August 22, 2016**, the defendant submitted to a drug test, which was positive for Suboxone and Oxycodone.  She admitted she used Suboxone and Dilaudid intravenously over the previous weekend. |

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct.  
Executed on:    August 24, 2016

Respectfully Submitted,  
KAREN-LEE MOODY  
Chief U.S. Probation Officer

By

Melanie Holton  
U.S Probation Officer

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

Reviewed:

*[signature]*

Scott Hastings  
Supervisory U.S. Probation Officer  
8/24/2016

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name:**  Jennica Miller

**Y/O/B**:  1991

**Offense(s) of Conviction and Classification:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2, Class C Felony

   **Original Sentence**: 15 Months Imprisonment; 36 Months Supervised Release

   **Date Imposed**: April 29, 2014

   **1st Revocation Sentence:** 36 Days Imprisonment; 36 Months Supervised Release
   **Date Imposed:** October 30, 2015

   **2nd Revocation Sentence:** 21 Days Imprisonment; 30 Months Supervised Release
   **Date Imposed:** February 25, 2016

   **Available Penalties for Current Violation (with statutory reference**): Up to 2 years incarceration, 18 U.S.C. § 3583(e)(3)

   **Additional Period of Release:** 34 months and 3 days Supervised Release, less any term of imprisonment previously imposed in this case, 18 U.S.C. § 3583(h)

Supervising U.S Probation Officer
Melanie Holton