Prob 12B
(2/13)

# UNITED STATES DISTRICT COURT
for the District of Maine

**Request for Modifying the Conditions or Term of Supervision
With the Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

FEB 16 2017

CHRISTA K BERRY, CLERK
BY
DEPUTY CLERK

**Name of Offender:** Jennica Miller    **Case Number:** 0100 2:13CR00114

**Sentencing Judicial Officer:** Honorable Nancy Torresen, Chief U.S. District Judge

**Date of Original Sentence:** April 29, 2014

**Original Offense:** Bank Robbery and Aiding and Abetting 18 U.S.C § 2113(a) and 18 U.S.C. § 2

**Original Sentence:** 15 Months Imprisonment; 36 Months Supervised Release
**1st Revocation Sentence:** 36 Days Imprisonment; 36 Months Supervised Release
**2nd Revocation Sentence:** Time Served; 30 Months Supervised Release
**3rd Revocation Sentence:** 61 days Imprisonment; 24 Months Supervised Release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** October 24, 2016

## PETITIONING THE COURT

☐ To extend the term of supervision for   years, for a total term of   years.
☒ To modify the conditions of supervision as follows:

The defendant, a SWiTCH participant, shall self-report to Cumberland County Jail on February 17th before 5pm to serve a 48 jail sentence.

## CAUSE

The defendant was told not to have contact with her boyfriend (a convicted Felon) after 5pm and did not abide by this order. The defendant did not answer her USPO truthfully when she was questioned about her boyfriend being in the home (he was hiding in the closet).

Respectfully Submitted,
KAREN-LEE MOODY
Chief U.S. Probation Officer

By *Melanie Holton*

Melanie Holton
U.S Probation Officer

Reviewed:
*Melanie Holton*

Supervisory U.S. Probation Officer
2/16/2017

---

THE COURT ORDERS

[ ] No Action

[ ] The Extension of Supervision as Noted Above

[X] The Modification of Conditions as Noted Above

[ ] Other

*Nancy Torresen*

Signature of Judicial Officer
Date: 2/16/2017

PROB 49
(Rev. 4/15)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## District of Maine

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that the grounds for this modification/extension can be used at a later date for further court action if I continue to violate the conditions of my supervision.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant, a SWiTCH participant, shall self-report to Cumberland County Jail on February 17th before 5pm to serve a 48 jail sentence.**

Witness: _____        Signed: _____
         U.S. Probation Officer                 Probationer or Supervised Releasee

DATE: 2/16/2017