Prob 12C
(6/13)

# UNITED STATES DISTRICT COURT
for the District of Maine
## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Jennica Miller        **Case Number:** 0100 2:13CR00114

**Sentencing Judicial Officer:** Honorable Nancy Torresen, Chief U.S. District Judge

**Date of Original Sentence:** April 29, 2014

**Original Offense:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2

**Original Sentence:** 15 Months Imprisonment; 36 Months Supervised Release

**Date of 1st Revocation:** October 30, 2015
**1st Revocation Sentence:** 36 Days Imprisonment; 36 Months Supervised Release

**Date of 2nd Revocation:** February 25, 2016
**2nd Revocation Sentence:** Time Served (21 Days) Imprisonment; 30 Months Supervised Release

**Date of 3rd Revocation:** October 17, 2016
**3rd Revocation Sentence:** 61 Days Imprisonment; 24 Months Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** October 24, 2016

| **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|
| Michael Conley, AUSA | Michael Whipple, Esq. |

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

| | | |
|---|---|---|
| | **One** | **Standard Condition No. 9:** **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.** <br><br> On **April 13, 2017**, this officer was notified that the defendant was in a motel room in Westbrook, ME.  She was with three other individuals, two of whom are known by this officer to be on Maine state probation for felony convictions.  Westbrook (ME) Police searched the hotel room and discovered alcohol, Psilocybin mushrooms, and a large amount of cash.  The two individuals under supervision were arrested for probation violations.  The defendant was aware that the individuals were previously convicted of felony offenses. |
| | **Two`** | **Standard Condition No. 3:**  **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.** <br><br> On **April 11, 2017**, the defendant reported to the Probation Office to discuss this officer's concerns regarding her peer associations.  The defendant was instructed to provide a list of individuals with felony convictions with whom she would like to have contact. She was instructed she could have contact with those individuals, but only in public locations and during daytime hours.  She was further instructed that she was required to notify this officer if she were planning to stay at any location other than her approved residence overnight. <br><br> On **April 13, 2017**, the defendant admitted to this officer that she stayed at a motel in Westbrook, ME, on the previous night without notifying this officer.  Additionally, she was in the company of individuals she knew to have felony convictions overnight and in a private motel room. |

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

                   I declare under penalty of perjury the foregoing is true and correct.  
                   Executed on:      April 13, 2017

                   Respectfully Submitted,  
                   KAREN-LEE MOODY  
                   Chief U.S. Probation Officer

            By

                   Melanie Holton  
                   U.S Probation Officer

Reviewed:

Scott Hastings  
Supervisory U.S. Probation Officer  
4/13/2017

Prob 12C  
(6/13)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name:**  Jennica Miller

**Y/O/B**:      1991

**Offense(s) of Conviction and Classification:** Bank Robbery and Aiding and Abetting in Violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 2, Class C Felony

**Original Sentence**: 15 Months Imprisonment; 36 Months Supervised Release  
**Date Imposed**: April 29, 2014

**1st Revocation Sentence:** 36 Days Imprisonment; 36 Months Supervised Release  
**Date Imposed:** October 30, 2015

**2nd Revocation Sentence:** Time Served (21 Days) Imprisonment; 30 Months Supervised Release  
**Date Imposed:** February 25, 2016

**3rd Revocation Sentence:** 61 Days Imprisonment; 24 Months Supervised Release  
**Date Imposed:** October 17, 2016

**Available Penalties for Current Violation (with statutory reference)**;  
2 years incarceration, 18 U.S.C. § 3583(e)(3)

**Additional Period of Release:** 32 months and 2 days Supervised Release, less any term of imprisonment previously imposed in this case, 18 U.S.C. § 3583(h)

**Supervising U.S Probation Officer**  
Melanie Holton